BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

**FILED**

MAY 06 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 2:10-SW-475-DAD |
| ) | |
| ) | [PROPOSED] ORDER RE: REQUEST TO |
| 2921 COMPTON PLACE ) | UNSEAL SEARCH WARRANT AND |
| TRACY, CALIFORNIA ) | SEARCH WARRANT AFFIDAVIT |
| ) | |
| ) | |
| ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: May 6, 2011

_____
United States Magistrate Judge

1